JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Cullen, et al., )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>Kohl's Department Stores, Inc., et al., )<br>)<br>      Defendant(s). )<br>_____ ) | SACV 12-01125-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: May 31, 2013

_____
James V. Selna
United States District Judge